# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00610-CV

**Dontrell Lashawn Gaston, Appellant**

**v.**

**Thomas Scott Hochberg, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
### NO. 25-1238-CC5, THE HONORABLE WILL WARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 12, 2026. On January 30, 2026, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by February 9, 2026 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: March 13, 2026